AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia    Lg

United States of America
v.
ALAN CHILDS

Case No: 5:25 CR 13 (MTT)

Defendant

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/5/2025

*Defendant's signature*

*Signature of defendant's attorney*

William H. Thomas Jr
*Printed name of defendant's attorney*

4/16/25
*Judge's signature*

MARC T. TREADWELL, JUDGE
*Judge — printed name and title*